**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOUNLEUTH S., | No. 1:26-cv-00211 JLT SKO (HC) |
| Petitioner, | A-Number: 025-144-132 |
| v. | ORDER DISMISSING PETITION AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| WARDEN OF THE GOLDEN STATE ANNEX, et al., | |
| Respondents. | |

Bounleuth S. is a former immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 12, 2026, Petitioner filed a habeas petition challenging his continued prolonged detention, his potential removal to a third country, and his re-detention. (Doc. 1.) On March 26, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition on his claim that his re-detention violated his constitutional rights. (Doc. 12.) The Court served the Findings and Recommendations on all parties, notified them that any objections were due within 10 days, and advised that failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id.*, *citing Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) On March 26, 2026, Respondents filed objections, indicating that Petitioner had been removed to Laos and was no longer in custody. (Doc. 13.) As Petitioner has been removed

1

pursuant to a final order of removal, the matter is now moot.

Based upon the foregoing, the Court **ORDERS**:

1.  The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2.  The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **April 6, 2026**

_____
UNITED STATES DISTRICT JUDGE

2